In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-15-00323-CR
_____

**RONNIE RAY BROOKS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the 435th District Court**
**Montgomery County, Texas**
**Trial Cause No. 13-11-12284 CR**
_____

### MEMORANDUM OPINION

The trial court sentenced Ronnie Ray Brooks on a conviction for violation of a civil commitment order. Brooks filed a notice of appeal on August 12, 2015. The trial court signed a certification in which the court certified that this is a plea-bargain case and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial court's certification to the Court of Appeals. On August 14, 2015, we notified the parties that we would dismiss the appeal unless the appellant established grounds for continuing the appeal. The

appellant filed a response but failed to establish that the trial court's certification should be amended. Because the trial court's certification shows the defendant does not have the right of appeal, we must dismiss the appeal. *See* Tex. R. App. P. 25.2(d).  Accordingly, we dismiss the appeal.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on September 22, 2015
Opinion Delivered September 23, 2015
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.